# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

141162

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v                                                                  SC: 141162
                                                                   COA: 298044
                                                                   Wayne CC: 97-007590-01
MATTHEW GLENDAY MUTCH,
           Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the question presented should be reviewed by this Court before consideration by the Court of Appeals.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
                Clerk

d0621